UNITED STATES of America, Complainant-Appellant, v. George S. VAN SCHAICK, Superintendent of Insurance of the State of New York, Liquidator of the Domesticated United States Company, Established in 1827, Defendant-Appellee.

No. 303.

Circuit Court of Appeals, Second Circuit.

May 20, 1935.

Martin Conboy, U. S. Atty., and Francis H. Horan and Edward J. Ennis, Asst. U. S. Attys., all of New York City.

John Downes, Alfred L. Green, Victor S. Cohen, and Clarence C. Fowler, all of New York City, for defendant-appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

**PER CURIAM.**

Affirmed on the authority of United States v. Bank of New York & Trust Company (C. C. A.) 77 F.(2d) 866, handed down herewith.

MANTON, Circuit Judge, dissenting; see United States v. Bank of New York & Trust Co. (C. C. A.) 77 F.(2d) 866.